1 | Mary Shea Hagebols (SBN 113222)
2 | SHEA LAW OFFICES
  | 1814 Franklin Street, Suite 800
3 | Oakland, CA 94612
  | Tel: (510) 208-4422
  | Fax: (415) 520-9407
4 | E-Mail: shealaw@aol.com
  | Attorney for Plaintiff
5 | JANET HALEY

7 | Jeffrey W. Allen, Esq. (SBN 099240)
  | VAN DE POEL, LEVY & ALLEN, LLP
  | 1600 South Main Plaza, Suite 325
8 | Walnut Creek, CA 94596
  | Tel: (925) 934-6102
9 | Fax: (925) 934-6060
  | E-Mail: jallen@vanlevylaw.com
10 | Attorney for Plaintiff/Counter-Defendant
   | JANET HALEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JANET HALEY, | CASE NO. C10-03856-PJH |
| Plaintiff, | ASSOCIATION OF COUNSEL |
| v. | |
| COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York Corporation doing business in California; and DAVID EDLIN, an individual, | |
| Defendant. | |
| DAVID EDLIN, | |
| Counter-Claimant, | |
| v. | |
| JANET HALEY, | |
| Counter-Defendant. | |

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00742989.DOC;1}                                1

Plaintiff JANET HALEY hereby associates Jeffrey W. Allen of Van De Poel, Levy & Allen, LLP, 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596; Telephone: (925) 934-6102; Facsimile: (925) 934-6060, as co-counsel of record in this action in association with Mary Shea Hagebols, Shea Law Offices, 1814 Franklin Street, Suite 800, Oakland, CA 94612; Telephone: (510) 208-4422; Facsimile: (415) 520-9407.

All future correspondence, pleadings, etc., should be directed/served upon the offices of Van De Poel, Levy & Allen, LLP and Shea Law Offices.

DATED: January 27, 2011

SHEA LAW OFFICES

By: _____
MARY SHEA HAGEBOLS

DATED: January 27, 2011

VAN DE POEL, LEVY & ALLEN, LLP

By: _____
JEFFREY W. ALLEN

| | |
|---|---|
| Re: | Janet Haley v. Cohen & Steers Capital Management, Inc., et al. |
| Court: | United States District Court – Northern District |
| Action No: | C10-03856-PJH |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel, Levy & Allen, LLP whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On January 27, 2011, I served the following document(s) in the following manner(s):

**ASSOCIATION OF COUNSEL**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☒ **E-FILE:** By transmitting a true copy, via electronic service through the USDC ECF system to recipients listed with court relative to above case

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **E-MAIL:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

| | |
|---|---|
| Tripper J. Ortman III, Esq.<br>Matthew J. Mason, Esq.<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, CA 94105<br>Tel: (415) 397-2823<br>Fax: (415) 397-8549<br>E-Mail: fortman@seyfarth.com<br>E-Mail: mmason@seyfarth.com<br>Attorney for Defendants<br>COHEN & STEERS CAPITAL MANAGEMENT, INC.; and Defendant/Counter-Claimant DAVID EDLIN | Mary Shea Hagebols<br>SHEA LAW OFFICES<br>1814 Franklin Street, Suite 800<br>Oakland, CA 94612<br>Tel: (510) 208-4422<br>Fax: (415) 520-9407<br>E-Mail: shealaw@aol.com<br>Attorney for Plaintiff<br>JANET HALEY |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   January 27, 2011

*/s/ Ramonda Clarke*
Ramonda Clarke

{00747432.DOC;1}PROOF OF SERVICE                                   CASE NO. C10-03856-PJH