UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

Date:  February 23, 2011 (Time: 13 minutes)     **JUDGE:  Phyllis J. Hamilton**

Case No:  C-10-3856  PJH

Case Name: Janet Haley v. Cohen & Steers Capital Management, et al.

Attorney(s) for Plaintiff:     Mary Shea Hagebols; Jeffrey W. Allen
Attorney(s) for Defendant:     Matthew Mason

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**:  Raynee Mercado

PROCEEDINGS

Defendant's Motion to Change Venue-DENIED as stated on the record.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:**  chambers