UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: **March 10, 2011** (Time: 7 minutes)          JUDGE:  **Phyllis J. Hamilton**

**Case No:  C-10-3856  PJH**

**Case Name: Haley v. Cohen & Steers Capital Management, et al.**

**Attorney(s) for Plaintiff:**     Ann Marie Liermann; Mary Shea Hagebols
**Attorney(s) for Defendant:**   Francis Ortman; Matthew Mason

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed by August 1, 2011**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:  1/13/12**
**Expert disclosure:  1/13/12**
**Expert discovery cutoff:  6/22/12**
**Motions heard by:  3/21/12**
**Pretrial Conference:  6/28/12 at 2:00 p.m.**
**Trial: 7/23/12 at  8:30 a.m., for 8 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers