Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HALEY<br><br>Plaintiff,<br><br>vs.<br><br>COHEN & STEERS CAPITAL MANAGEMENT, INC., a New York corporation doing business in California; and DAVID EDLIN, an individual<br><br>Defendants.<br>AND RELATED CROSS-ACTION(S). | CASE NO. **4:10-cv-03856-PJH (EDL)**<br><br>**ORDER RE REVISED STIPULATION TO RESCHEDULE DEFENDANT DAVID EDLIN'S MOTION TO QUASH <u>AS MODIFIED</u>**<br><br>Filed: November 16, 2010<br>Trial Date: July 23, 2012 |

Good cause appearing, the Court orders the hearing on Defendant David Edlin's Motion to Quash Third-Party Subpoenas or Alternatively, to Modify Third-Party Subpoenas currently set for June 21, 2011 at 2:00 p.m. rescheduled to **May 24, 2011 at 9:00 a.m.** in Courtroom E, in the San Francisco Courthouse, with Magistrate Judge Elizabeth D. Laporte presiding.  Further, the briefing schedule for the motion is modified as follows:  any oppositions are due on or before **Wednesday, May 4, 2011** and all replies shall be due on or before **Wednesday, May 11, 2011**.

Dated:  May 2, 2011

_____
By:  Magistrate Judge Elizabeth D. Laporte

-1-
ORDER RE REVISED STIPULATION TO RESCHEDULE DEFENDANT DAVID EDLIN'S MOTION TO QUASH
CASE NO. 4:10-cv-03856-PJH