1  CATHERINE A. CONWAY (SBN 98366)
   JEREMY F. BOLLINGER (SBN 240132)
2  **AKIN GUMP STRAUSS HAUER & FELD, LLP**
   2029 Century Park East, Suite 2400
3  Los Angeles, California  90067
   Telephone:  (310) 229-1000
4  Facsimile:  (310) 229-1001
   E-mail: cconway@akingump.com
5  E-mail: jbollinger@akingump.com

6  Attorneys for Defendant
   DAVID EDLIN
7

8

9                    UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND

12  JANET HALEY,                    ) Case No. C10-03856 PJH
                                    )
13          Plaintiff,               ) **[PROPOSED] ORDER GRANTING**
                                    ) **DEFENDANT DAVID EDLIN'S**
14      vs.                          ) **REQUEST FOR DISMISSAL WITHOUT**
                                    ) **PREJUDICE OF COUNTERCLAIM**
15  COHEN & STEERS CAPITAL           ) **AGAINST PLAINTIFF JANET HALEY**
    MANAGEMENT, INC., A New York    )
16  Corporation Doing Business in California; and )
    DAVID EDLIN, an individual,     )
17                                  )
            Defendants.              )
18                                  )
                                    )
19

20

21

22

23

24

25

26

27

28

                                             1         Case No. C10-03856-PJH
   [Proposed] Order Granting Defendant David Edlin's Request for Dismissal Without Prejudice of
                        Counterclaim Against Plaintiff Janet Haley

1  The Court having considered Defendant DAVID EDLIN's Request for Dismissal
2  Without Prejudice of Counterclaim Against Plaintiff JANET HALEY;

3  **IT IS HEREBY ORDERED THAT:**

4  (1) The Counterclaim against Janet Haley is hereby dismissed without prejudice from this
5  action.

6  **IT IS SO ORDERED.**

9  Dated: __June 14_____, 2011          _____
10                                      HON. _____ HAMILTON
                                        UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, #2400, Los Angeles, California 90067. On June 13, 2011, I served the foregoing document(s) described as: **[PROPOSED] ORDER GRANTING DEFENDANT DAVID EDLIN'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIM AGAINST PLAINTIFF JANET HALEY** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2011 at Los Angeles, California.

Yvonne Shawver
[Print Name of Person Executing Proof]         [Signature]