| | |
|---|---|
| Mary Shea Hagebols (SBN 113222)<br>SHEA LAW OFFICES<br>1814 Franklin Street, Suite 800<br>Oakland, CA 94612<br>Tel: (510) 208-4422<br>Fax: (510) 208-4411<br>E-Mail: shealaw@aol.com<br>Attorneys for Plaintiff JANET HALEY | Francis J. Ortman III (SBN 213202)<br>Matthew J. Mason (SBN 271344)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, CA 94105<br>Tel: (415) 397-2823<br>Fax: (415) 397-8549<br>E-mail: fortman@seyfarth.com<br>          mmason@seyfarth.com<br>Attorneys for Defendants COHEN &<br>STEERS CAPITAL MANAGEMENT, INC.<br>and DAVID EDLIN |
| Jeffrey W. Allen, Esq. (SBN 099240)<br>VAN DE POEL, LEVY & ALLEN, LLP<br>1600 South Main Plaza, Suite 325<br>Walnut Creek, CA 94596<br>Tel: (925) 934-6102<br>Fax: (925) 934-6060<br>E-Mail: jallen@vanlevylaw.com<br>Attorneys for Plaintiff JANET HALEY | Catherine A. Conway (SBN 98366)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>Tel: (310) 552-6435<br>Fax: (310) 229-1001<br>E-mail: cconway@akingump.com<br>Attorneys for Defendant DAVID EDLIN |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JANET HALEY,<br><br>    Plaintiff,<br><br>v.<br><br>COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York Corporation doing business in California; and DAVID EDLIN, an individual,<br><br>    Defendant. | CASE NO. C10-03856-PJH<br><br>[PROPOSED] ORDER RE STIPULATION TO ENLARGE TIME FOR PLAINTIFF JANET HALEY TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER<br><br>Filed:              August 27, 2010<br>Amended Complaint Filed:   November 16, 2010<br>Trial Date:         July 23, 2012 |

{00795456.DOCX;1}                                    1

[PROPOSED] ORDER RE STIPULATION TO ENLARGE TIME FOR PLAINTIFF JANET HALEY TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
CASE NO. C10-03856-PJH

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

For good cause appearing, the Parties' stipulation enlarging time for Plaintiff Haley to file her opposition by two (2) days to Thursday, June 23, 2011 shall be the order of this court.

**IT IS SO ORDERED:**

DATED:  June 21, 2011

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
United States District Court,
Northern District of California

{00795456.DOCX;1}                                     2

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile:  (925) 934-6060

**[PROPOSED] ORDER RE STIPULATION TO ENLARGE TIME FOR PLAINTIFF
JANET HALEY TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR A
PROTECTIVE ORDER**
CASE NO. C10-03856-PJH