IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

        Plaintiff,

v.

COHEN & STEERS CAPITAL MANAGEMENT, INC.,

        Defendant.
                                /

No. C-10-03856 EDL

**ORDER SETTING DISCOVERY CONFERENCE**

    On August 26, 2011, Judge Hamilton re-referred this matter to this Court for a discovery conference. Accordingly, a discovery conference is scheduled for August 31, 2011 at 2:00 p.m. No later than August 30, 2011 at noon, the parties shall file a joint statement regarding the overall discovery needs of this case and a proposed discovery plan, including a succinct explanation of any disputes.

**IT IS SO ORDERED.**

Dated: August 29, 2011

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge