SHEA LAW OFFICES
Mary Shea Hagebols (SBN 113222) shealaw@aol.com
1814 Franklin Street, Suite 800
Oakland, CA 94612
Telephone: 510-208-4422
Facsimile: 415-520-9407

VAN DE POEL, LEVY & ALLEN LLP
Jeffrey W. Allen (SBN 099240) jallen@vanlevylaw.com
Nina Paul (SBN 249954) npaul@vanlevylaw.com
1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596
Telephone: 925-934-6102
Facsimile: 925-934-6060

Attorneys for Plaintiff
JANET HALEY

SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Andrea N. de Koning (SBN 253715) adekoning@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
COHEN & STEERS CAPITAL MANAGEMENT, INC.

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway (SBN 98366) cconway@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001

Attorneys for Defendant
DAVID EDLIN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JANET HALEY, | Case No. C10-03856-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST FOR CONTINUANCE OF DISCOVERY CONFERENCE** |
| v. | |
| COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York | Date: August 31, 2011 |

DEFENDANTS' REQUEST FOR CONTINUANCE OF DISCOVERY CONFERENCE   Case No. C10-03856-PJH

| | | |
|---|---|---|
| 1 | Corporation Doing Business in California; and ) | Time: 2:00 p.m. |
| 2 | DAVID EDLIN, an individual, ) ) | Hon. Elizabeth D. LaPorte |
| 3 | Defendants. ) ) | |

4   IT IS HEREBY STIPULATED, by and among Plaintiff JANET HALEY ("Plaintiff"),
5 Defendant COHEN & STEERS CAPITAL MANAGEMENT, INC. ("Cohen & Steers") and
6 Defendant DAVID EDLIN ("Edlin") (collectively the "Parties"), through their respective
7 undersigned counsel, as follows:

8   WHEREAS, a Discovery Hearing has been set for August 31, 2011 and the deadline by
9 which the Parties would have been required to file a joint statement is August 30, 2011;

10   WHEREAS, the Parties are unavailable for the hearing date of August 31, 2011 and the
11 parties require more time to file a joint statement;

12   IT IS HEREBY FURTHER STIPULATED AND AGREED by and among the Parties
13 that, the Discovery Hearing set for August 31, 2011 be continued until September 7, 2011, or
14 another date thereafter that the Court is available, and the deadline to file a joint statement be
15 continued until September 2, 2011 at 12:00 p.m., or another date in accordance with the hearing
16 date.

17   IT IS SO STIPULATED.

18 DATED: August 30, 2011            SHEA LAW OFFICES

19                                  By: ____/S/_____
20                                         Mary Shea Hagebols
                                    Attorney for Plaintiff
                                    JANET HALEY

21
22 DATED: August 30, 2011            VAN DE POEL, LEVY & ALLEN LLP

23                                  By: ____/S/_____
24                                         Jeffrey W. Allen
                                           Nina Paul
25                                  Attorneys for Plaintiff
                                    JANET HALEY

26
27
28

| | | |
|---|---|---|
| 1 | DATED: August 30, 2011 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: _____/S/_____<br>Andrea N. de Koning |
| 4 | | Attorneys for Defendant<br>COHEN & STEERS CAPITAL MANAGEMENT, INC. |
| 5 | | |
| 6 | DATED: August 30, 2011 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 7 | | |
| 8 | | By: _____/S/_____<br>Catherine A. Conway |
| 9 | | Attorney for Defendant<br>DAVID EDLIN |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:

1. The Discovery Hearing set for August 31, 2011 is off-calendar and will be continued to Sept. 9, 2011 at ~~2:00~~ 4:15 p.m.; and

2. The deadline for the Parties to file a joint statement shall be extended from August 30, 2011 at 12:00 p.m. until Sept. 2, 2011 ~~at 12:00 p.m.~~

**IT IS SO ORDERED.**

DATED: August 30, 2011

*Elijah D. Laporte*
U.S. District Court Judge

13714135v 1 / 73229-000002

---

4

DEFENDANTS' REQUEST FOR CONTINUANCE OF DISCOVERY CONFERENCE   Case No. C10-03856-PJH