1  SHEA LAW OFFICES
2  Mary Shea Hagebols (SBN 113222) shealaw@aol.com
   1814 Franklin Street, Suite 800
3  Oakland, CA 94612
   Telephone: 510-208-4422
4  Facsimile: 415-520-9407

5  VAN DE POEL, LEVY & ALLEN LLP
   Jeffrey W. Allen (SBN 099240) jallen@vanlevylaw.com
6  Nina Paul (SBN 249954) npaul@vanlevylaw.com
   1600 South Main Plaza, Suite 325
7  Walnut Creek, CA 94596
   Telephone: 925-934-6102
8  Facsimile: 925-934-6060

9  Attorneys for Plaintiff
   JANET HALEY
10

11 SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
   Andrea N. de Koning (SBN 253715) adekoning@seyfarth.com
12 Matthew J. Mason (SBN 271344) mmason@seyfarth.com
   560 Mission Street, 31st Floor
13 San Francisco, California 94105
   Telephone: (415) 397-2823
14 Facsimile: (415) 397-8549

15 Attorneys for Defendant
   COHEN & STEERS CAPITAL MANAGEMENT, INC.
16
   AKIN GUMP STRAUSS HAUER & FELD LLP
17 Catherine A. Conway (SBN 98366) cconway@akingump.com
   2029 Century Park East, Suite 2400
18 Los Angeles, California 90067
   Telephone: (310) 229-1000
19 Facsimile: (310) 229-1001

20 Attorneys for Defendant
   DAVID EDLIN
21

22                UNITED STATES DISTRICT COURT

23         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

24                          OAKLAND

25 | JANET HALEY,                    ) Case No. C10-03856-PJH
                                     )
26 |        Plaintiff,                ) **STIPULATION AND [PROPOSED]**
                                     ) **ORDER REGARDING REQUEST FOR**
27 |    v.                            ) **CONTINUANCE OF DISCOVERY**
                                     ) **CONFERENCE**
28 | COHEN & STEERS CAPITAL          )
   | MANAGEMENT, INC., A New York    ) Date: August 31, 2011

DEFENDANTS' REQUEST FOR CONTINUANCE OF DISCOVERY CONFERENCE  Case No. C10-03856-PJH

| | | |
|---|---|---|
| 1 | Corporation Doing Business in California; and ) | Time: 2:00 p.m. |
| 2 | DAVID EDLIN, an individual, ) | Hon. Elizabeth D. LaPorte |
| 3 | Defendants. ) | |

4   IT IS HEREBY STIPULATED, by and among Plaintiff JANET HALEY ("Plaintiff"),

5  Defendant COHEN & STEERS CAPITAL MANAGEMENT, INC. ("Cohen & Steers") and

6  Defendant DAVID EDLIN ("Edlin") (collectively the "Parties"), through their respective

7  undersigned counsel, as follows:

8   WHEREAS, a Discovery Hearing has been set for August 31, 2011 and the deadline by

9  which the Parties would have been required to file a joint statement is August 30, 2011;

10  WHEREAS, the Parties are unavailable for the hearing date of August 31, 2011 and the

11  parties require more time to file a joint statement;

12  IT IS HEREBY FURTHER STIPULATED AND AGREED by and among the Parties

13  that, the Discovery Hearing set for August 31, 2011 be continued until September 7, 2011, or

14  another date thereafter that the Court is available, and the deadline to file a joint statement be

15  continued until September 2, 2011 at 12:00 p.m., or another date in accordance with the hearing

16  date.

17  IT IS SO STIPULATED.

18  DATED: August 30, 2011          SHEA LAW OFFICES

19                                  By: ___/S/_____
                                           Mary Shea Hagebols
20                                  Attorney for Plaintiff
                                    JANET HALEY
21
22  DATED: August 30, 2011          VAN DE POEL, LEVY & ALLEN LLP

23                                  By: ___/S/_____
                                           Jeffrey W. Allen
24                                         Nina Paul
                                    Attorneys for Plaintiff
25                                  JANET HALEY

| | | |
|---|---|---|
| 1 | DATED: August 30, 2011 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: _____/S/_____<br>Andrea N. de Koning<br>Attorneys for Defendant |
| 4 | | COHEN & STEERS CAPITAL MANAGEMENT, INC. |
| 5 | | |
| 6 | DATED: August 30, 2011 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 7 | | |
| 8 | | By: _____/S/_____<br>Catherine A. Conway |
| 9 | | Attorney for Defendant<br>DAVID EDLIN |

|   |   |
|---|---|
| 1 | ~~[PROPOSED]~~ ORDER |
| 2 | |
| 3 | IT IS HEREBY ORDERED: |
| 4 | 1. The Discovery Hearing set for August 31, 2011 is off-calendar and will be continued to  Sept. 9 , 2011 at ~~2:00~~ 4:15 p.m.; and |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:

1. The Discovery Hearing set for August 31, 2011 is off-calendar and will be continued to  Sept. 9 , 2011 at ~~2:00~~ 4:15 p.m.; and

2. The deadline for the Parties to file a joint statement shall be extended from August 30, 2011 at 12:00 p.m. until  Sept. 2 , 2011 ~~at 12:00 p.m.~~

**IT IS SO ORDERED.**

DATED: August 30, 2011

*Elijah D. Laporte* (signature)
U.S. District Court Judge

13714135v 1 / 73229-000002

---

4

DEFENDANTS' REQUEST FOR CONTINUANCE OF DISCOVERY CONFERENCE  Case No. C10-03856-PJH