| | |
|---|---|
| 1 | SHEA LAW OFFICES |
| | Mary Shea Hagebols (SBN 113222) |
| 2 | shealaw@aol.com |
| | 1814 Franklin Street, Suite 800 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510/208-4422 |
| 4 | Facsimile: 415/520-9407 |

VAN DE POEL, LEVY & ALLEN LLP
Jeffrey W. Allen (SBN 099240)
jallen@vanlevylaw.com
Nina Paul (SBN 249954)
npaul@vanlevylaw.com
1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596
Telephone: 925/934-6102
Facsimile: 925/934-6060

Attorneys for Plaintiff
JANET HALEY

SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Andrea N. de Koning (SBN 253715) adekoning@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: 415/397-2823
Facsimile: 415/397-8549

Attorneys for Defendant
COHEN & STEERS CAPITAL MANAGEMENT, INC.

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway (SBN 98366) cconway@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310/229-1000
Facsimile: 310/229-1001

Attorneys for Defendant
DAVID EDLIN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JANET HALEY, | Case No. C10-03856-PJH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENDANT COHEN & STEERS' ADDITIONAL WRITTEN INTERROGATORIES TO PLAINTIFF JANET HALEY** |
| v. | |
| COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York Corporation Doing Business in California; and DAVID EDLIN, an individual, | |
| Defendants. | |

{00840636.DOC;1}

STIPULATION REGARDING C&S's ADDITIONAL WRITTEN INTERROGATORIES TO PLAINTIFF JANET HALEY
Case No. C10-03856-PJH

1  Plaintiff Janet Haley ("Haley") and Defendants Cohen & Steers Capital Management,
2  Inc. ("Cohen & Steers") and David Edlin ("Edlin") (collectively, "Defendants") (collectively,
3  "the Parties"), by and through their respective counsel, hereby stipulate as follows:
4  WHEREAS, Defendant Cohen & Steers issued twenty-five (25) written interrogatories to
5  Plaintiff Janet Haley, the maximum permitted without an agreement among the parties or court
6  order under Federal Rule of Civil Procedure 33, before Plaintiff disclosed her employment with
7  Advisors Asset Management, Inc. The Parties acknowledge there is good cause for Defendant
8  Cohen & Steers to issue additional written interrogatories to Plaintiff regarding her employment.
9  IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their
10 respective undersigned counsel, that Defendant Cohen & Steers shall be permitted to issue six
11 (6) additional written interrogatories to Plaintiff Janet Haley regarding her employment with
12 Advisors Asset Management., Inc. The Parties further agree that Defendant Cohen & Steers will
13 not subpoena Plaintiff's employment records from Advisors Asset Management, Inc. provided
14 that she provides full and complete responses to its interrogatories. The Parties further agree that
15 should Defendant Cohen & Steers contend that Plaintiff has not provided full and complete
16 responses to its interrogatories, Defendant Cohen & Steers will meet and confer with Plaintiff
17 before issuing a subpoena for Plaintiff's employment records from Advisors Asset Management,
18 Inc.

19 IT IS SO STIPULATED.

20
21 DATED: November 17, 2011                SEYFARTH SHAW LLP
22
23                                         By   /S/ Andrea N. de Koning
                                                Andrea N. de Koning
                                           Attorneys for Defendant
24                                         COHEN & STEERS CAPITAL
                                           MANAGEMENT, INC.
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: November 17, 2011 | SHEA LAW OFFICES |
| 2 | | |
| 3 | | By  /S/ Mary Shea Hagebols |
| 4 | | Mary Shea Hagebols<br>Attorney for Plaintiff Janet Haley |
| 5 | | |
| 6 | DATED: November 17, 2011 | VAN DE POEL LEVY & ALLEN LLP |
| 7 | | |
| 8 | | By  /S/ Jeffrey William Allen<br>Jeffrey William Allen<br>Attorneys for Plaintiff Janet Haley |
| 9 | DATED: November 17, 2011 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 10 | | |
| 12 | | By  /S/ Catherina A. Conway<br>Catherine A. Conway<br>Attorneys for Defendant David Edlin |

### ORDER

It is hereby ORDERED that Defendant Cohen & Steers shall be permitted to issue six (6) additional written interrogatories to Plaintiff Janet Haley regarding her employment with Advisors Asset Management., Inc., pursuant to Rule 33 of the Federal Rules of Civil Procedure and the terms of the above stipulation.

IT IS SO ORDERED.

DATED: 11/23/11 _____
Judge Phyllis J. Hamilton

*IT IS SO ORDERED* — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

13961721v.1