Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
Email: shealaw@aol.com

Jeffrey William Allen (SBN 99240)
Nina Paul (SBN 249954)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, CA. 94596
Tel:    925-934-6102
Fax:    925-934-6060
Email: jallen@vanlevylaw.com

Attorneys for Plaintiff Janet Haley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(Oakland)

| | |
|---|---|
| JANET HALEY,<br><br>                            Plaintiff,<br><br>vs.<br><br>COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York Corporation Doing Business in California; and<br><br>DAVID EDLIN, an individual;<br><br>                            Defendants. | Civil Action No. C10-03856-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF JANET HALEY'S MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF THE DEADLINE TO PRODUCE EXPERT REPORTS<br>FRCP 26(a)(2)(B)(i); FRCP 16(b)(4); Civil Local Rule 7-11<br><br><br>**Complaint Filed:**           August 27, 2010<br>**1st Am. Complaint Filed:** November 16, 2010<br>**Trial Date:**                   July 23, 2012 |

{00851359.DOC;1}

Plaintiff Janet Haley's Motion for Administrative Relief for Extension of the Deadline to Produce Expert Reports pursuant to FRCP 26(a)(2)(B)(i), FRCP 16(b)(4) and Civil Local Rule 7-11 was properly presented to the Honorable Phyllis J. Hamilton, United States District Court Judge on December 20, 2011. Defendants having received timely and proper notice, and for good cause showing,

**THE COURT HEREBY FINDS:**

Plaintiff has good cause for requesting an extension of the deadline to produce expert reports given that Plaintiff would be harmed should the relief not be granted, no parties will be prejudiced by extending the deadline to produce expert reports, and the extension will not impact the schedule for the case.

Having considered Plaintiff's Motion for Administrative Relief, the Declaration of Nina Paul, the Declaration of Jeffrey W. Allen, the files and records in this action, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Administrative Relief is hereby granted and that Plaintiff shall be afforded relief pursuant to FRCP 16(b)(4). Specifically,

The new deadline for the parties to produce expert reports shall be:

February 3, 2012                .

Dated: 12/23/2011

_____
Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE