| | |
|---|---|
| 1 | SHEA LAW OFFICES |
| 2 | Mary Shea Hagebols (SBN 113222) shealaw@aol.com<br>1814 Franklin Street, Suite 800 |
| 3 | Oakland, CA 94612<br>Telephone:  510-208-4422 |
| 4 | Facsimile:  415-520-9407 |
| 5 | VAN DE POEL, LEVY & ALLEN LLP<br>Jeffrey W. Allen (SBN 099240) jallen@vanlevylaw.com |
| 6 | Nina Paul (SBN 249954) npaul@vanlevylaw.com<br>1600 South Main Plaza, Suite 325 |
| 7 | Walnut Creek, CA 94596<br>Telephone:  925-934-6102 |
| 8 | Facsimile:  925-934-6060 |
| 9 | Attorneys for Plaintiff<br>JANET HALEY |
| 10 | SEYFARTH SHAW LLP |
| 11 | Francis J. Ortman III (SBN 213202) fortman@seyfarth.com<br>Matthew J. Mason (SBN 271344) mmason@seyfarth.com |
| 12 | 560 Mission Street, 31st Floor<br>San Francisco, California  94105 |
| 13 | Telephone:  (415) 397-2823<br>Facsimile:  (415) 397-8549 |
| 14 | Attorneys for Defendant |
| 15 | COHEN & STEERS CAPITAL MANAGEMENT, INC. |
| 16 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Catherine A. Conway (SBN 98366) cconway@akingump.com |
| 17 | 2029 Century Park East, Suite 2400<br>Los Angeles, California  90067 |
| 18 | Telephone:  (310) 229-1000<br>Facsimile:  (310) 229-1001 |
| 19 | Attorneys for Defendant |
| 20 | DAVID EDLIN |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | | |
|---|---|---|
| JANET HALEY, | ) | Case No. C10-03856-PJH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO ENLARGE TIME** |
| | ) | **FOR THE PARTIES TO FILE** |
| v. | ) | **OPPOSITION AND REPLY BRIEFS** |
| | ) | **FOR PLAINTIFF JANET HALEY'S** |
| COHEN & STEERS CAPITAL | ) | **MOTION FOR LEAVE OF COURT TO** |
| MANAGEMENT, INC., A New York | ) | **TAKE ADDITIONAL DEPOSITION** |
| Corporation Doing Business in California; and | ) | **TESTIMONY FROM TERRANCE** |

1

Stipulation to Enlarge Time to Oppose/Reply Plaintiff's Motion for Leave of Court / Case No. C10-03856-PJH

| | |
|---|---|
| 1  DAVID EDLIN, an individual, | ) **OBER AND TO TAKE THE** |
| 2           Defendants. | ) **DEPOSITIONS OF MARTIN COHEN,** |
|  | ) **ROBERT STEERS, FRANK POLI AND** |
| 3  | ) **SALVATORE RAPPA** |
| 4  | ) |

5    IT IS HEREBY STIPULATED, by and among Plaintiff JANET HALEY ("Plaintiff"),
6  Defendant COHEN & STEERS CAPITAL MANAGEMENT, INC. ("Cohen & Steers") and
7  Defendant DAVID EDLIN ("Edlin") (collectively the "Parties"), through their respective
8  undersigned counsel, as follows:

9    WHEREAS, the Parties have, given the recent non-expert discovery cutoff, engaged in
10  extensive motion practice in the preceding weeks, including (1) Plaintiff Janet Haley's Motion
11  for Leave of Court to Take Additional Deposition Testimony from Terrance Ober and to Take
12  the Depositions of Martin Cohen, Robert Steers, Frank Poli, and Salvatore Rappa ("Motion for
13  Leave") (filed January 10, 2012, Dkt. No. 141); (2) Plaintiff Janet Haley's Motion for
14  Administrative Relief for Extension of the Non-Expert Discovery Cutoff for the Limited Purpose
15  of Completing the Deposition of Terrance Ober and Taking the Depositions of Martin Cohen,
16  Robert Steers, Frank Poli, and Salvatore Rappa (and associated Oppositions) (Dkt. Nos. 145,
17  148, 149); (3) Plaintiff's Administrative Motion to File Under Seal (Dkt. No. 150); (4)
18  Defendants' Motion to Compel Authorization for the Release of Plaintiff's EDD Records (to be
19  filed on January 20, 2012); (5) Defendants' Motion for Evidentiary and Monetary Sanctions with
20  Respect to Untimely Rule 26 Disclosures (to be filed on January 20, 2012); and (6) Plaintiff
21  Janet Haley's Motion to Compel Responses to Requests for Production and Physical Production
22  of David Edlin's Cellular Telephone (to be filed on January 20, 2012).

23    WHEREAS, Plaintiff's deadline to file her Opposition to Defendant David Edlin's
24  Motion for Summary Judgment was January 18, 2012 and Edlin's deadline to file his Reply to
25  Plaintiff's Opposition to Defendant David Edlin's Motion for Summary Judgment is January 25,
26  2012;

27    WHEREAS, on Thursday, January 19, 2012, the Court entered a Clerk's Notice resetting
28  the hearing on Plaintiff's Motion for Leave from February 14, 2012 to March 20, 2012;

1  WHEREAS, the Parties are in agreement that all Parties have spent and will continue to
2  spend significant time on the above-mentioned motions and that no party will be prejudiced by
3  an enlargement of time for Defendants to file any Opposition to Plaintiff's Motion for Leave or
4  for Plaintiff to File any Reply to Defendants' Opposition;

5  IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their
6  respective undersigned counsel, that the filing deadlines for Defendants' Opposition and
7  Plaintiff's Reply shall be extended by two weeks, meaning Defendants' Opposition must be filed
8  on or before Tuesday, February 7, 2012, and Plaintiff's Reply must be filed on or before
9  Tuesday, February 14, 2012.

11  IT IS SO STIPULATED.

12  DATED:  January 20, 2012               SHEA LAW OFFICES

13                                         By:   /s/ Mary Shea Hagebols
                                                   Mary Shea Hagebols
14                                         Attorney for Plaintiff
                                           JANET HALEY
15

16  DATED:  January 20, 2012               VAN DE POEL, LEVY & ALLEN LLP

17                                         By:   /s/ Jeffrey W. Allen
                                                   Jeffrey W. Allen
18                                         Attorneys for Plaintiff
                                           JANET HALEY
19

20  DATED:  January 20, 2012               SEYFARTH SHAW LLP

21                                         By:   /s/ Matthew J. Mason
                                                   Matthew J. Mason
22                                         Attorneys for Defendant
                                           COHEN & STEERS CAPITAL
23                                         MANAGEMENT, INC.

24  DATED:  January 20, 2012               AKIN GUMP STRAUSS HAUER & FELD
                                           LLP
25

26                                         By:   /s/ Damien P. Delaney
                                                   Damien P. Delaney
27                                         Attorney for Defendant
                                           DAVID EDLIN
28

# [~~PROPOSED~~] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The filing deadlines for Defendants' Opposition to Plaintiff Janet Haley's Motion for Leave of Court to Take Additional Deposition Testimony from Terrance Ober and to Take the Depositions of Martin Cohen, Robert Steers, Frank Poli, and Salvatore Rappa and Plaintiff's Reply shall be extended by two weeks, meaning Defendants' Opposition must be filed on or before Tuesday, February 7, 2012, and Plaintiff's Reply must be filed on or before Tuesday, February 14, 2012.

**IT IS SO ORDERED.**

DATED: January 23, 2012

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT

14114191v.1 / 73229-000002