UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

    Plaintiff,

    v.

COHEN & STEERS CAPITAL MANAGEMENT, INC., et al.,

    Defendant(s).
_____/

No. C 10-3856 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

    The hearing on defendant Edlin's motion for summary judgment, which is set for February 8, 2012, at 9:00 a.m., is hereby CONTINUED to March 21, 2012, at 9:00 a.m. In view of the extraordinarily heavy law and motion calendars for which the court must prepare in the coming weeks, and in the interests of judicial efficiency, the court prefers to hear defendant's motion for summary judgment on the same date on which the court anticipates hearing the remaining defendants' motion.

IT IS SO ORDERED.

Dated: February 3, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge