1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202)
2  fortman@seyfarth.com
   Andrea N. De Koning (SBN 253715)
3  adekoning@seyfarth.com
   Matthew J. Mason (SBN 271344)
4  mmason@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California  94105
   Telephone:  415/397-2823
6  Facsimile:  415/397-8549

7  Attorneys for Defendant
   COHEN & STEERS CAPITAL MANAGEMENT, INC.
8

9  AKIN GUMP STRAUSS HAUER & FELD LLP
   Catherine A. Conway (SBN 98366)
10  cconway@akingump.com
   2029 Century Park East, Suite 2400
11 Los Angeles, California  90067
   Telephone:  (310) 229-1000
12 Facsimile:  (310) 229-1001

13 Attorneys for Defendant
   DAVID EDLIN
14

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| JANET HALEY, | Case No. C10-03856-PJH |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS COHEN & STEERS AND DAVID EDLIN'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT NO. 179 |
| v. | |
| COHEN & STEERS CAPITAL MANAGEMENT, INC., A New York Corporation Doing Business in California; and DAVID EDLIN, an individual, | Location:  Courtroom E, 15th Fl. Magistrate Judge Elizabeth Laporte |
| Defendants. | |

**ORDER**

Having read and considered the papers in connection with this Motion, and having considered the record in this action and for good cause appearing,

1

1    IT IS HEREBY ORDERED that:

2    Defendants' Administrative Motion for Removal of Document No. 179 is **GRANTED**.

3    **IT IS SO ORDERED**.

4

5    DATED: February 8, 2012                By: *Elijah D. Laporte*
                                             MAGISTRATE ELIZABETH D. LAPORTE
6                                            UNITED STATES DISTRICT JUDGE

7

8

9    14156212v.1 / 73229-000002