Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
Email: shealaw@aol.com

Jeffrey William Allen (SBN 99240)
Nina Paul (SBN 249954)
VAN DE POEL, LEVY & ALLEN, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, CA. 94596
Tel:    925-934-6102
Fax:    925-934-6060
Email: jallen@vanlevylaw.com

Attorneys for Plaintiff Janet Haley

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (Oakland)

| | |
|---|---|
| JANET HALEY,<br><br>             Plaintiff,<br><br>vs.<br><br>Cohen & Steers CAPITAL MANAGEMENT, INC., A New York Corporation Doing Business in California; and DAVID EDLIN, an individual;<br><br>             Defendants. | Civil Action No. C10-03856-PJH<br>**DENYING**<br>**[PROPOSED] ORDER** ~~GRANTING~~ **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO DECLARATION OF MARY SHEA HAGEBOLS IN SUPPORT OF PLAINTIFF JANET HALEY'S OPPOSITION TO DEFENDANT COHEN & STEERS CAPITAL MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed:          August 27, 2010<br>Amended Complaint:   November 16, 2010<br>Trial Date:                    July 23, 2012 |

{00874661.DOC;1}

[PROPOSED] ORDER
Civil Action No. C10-03856-PJH

- 1 -

ORDER

Pursuant to Civil Local Rules 79-5 (a), (c) and 7-11, Plaintiff Janet Haley presented Administrative Motion to File Under Seal the following documents related to Plaintiff Janet Haley's Opposition to Defendant Cohen & Steers Capital Management, Inc.'s Motion for Summary Judgment, or Alternatively, Partial Summary Judgment:

Exhibits 11, 12, 13, 14, 15, 16, 18, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41 to the Declaration of Mary Shea Hagebols in support of Plaintiff Janet Haley's Opposition to Defendant Cohen & Steers Capital Management, Inc.'s Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.

This Administrative Motion was supported by the Declaration of Nina Paul.

Plaintiff has asserted that an order allowing the foregoing to filed under seal is necessary to protect the privacy interests of the parties and third parties and Defendant Cohen & Steers' proprietary business information and to comport with the spirit and intent of the Stipulated Protective Order in this case.

The Court, having read, reviewed, and considered the moving papers in support of the instant administrative motion, all supplemental documents filed, and good cause appearing therefrom,

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff's Administrative Motion to File Under Seal the following document related to Plaintiff Janet Haley's Opposition to Defendant Cohen & Steers Capital Management, Inc.'s Motion for Summary Judgment, or Alternatively, Partial Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

DATED: 3/26/12

DENIED
Judge Phyllis J. Hamilton
DISTRICT COURT JUDGE

{00874661.DOC;1}

**[PROPOSED] ORDER**
Civil Action No. C10-03856-PJH

- 2 -