UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

    Plaintiff,

    v.

COHEN & STEERS CAPITAL MANAGEMENT, INC., et al.,

    Defendants.
_____/

No. C 10-3856 PJH

**ORDER**

The court is in receipt of defendant David Edlin's Notice of Substitution of Counsel and Proposed Order. In view of the pending motions for summary judgment, and the impending pretrial and trial dates currently set in this action, the court declines to approve defendant's "Notice" absent a properly noticed motion. To the extent defendant's submission constitutes an actionable request, it is accordingly DENIED.

Defendant is furthermore instructed to seek relief by way of a properly noticed motion for substitution pursuant to Civil Local Rule 7-2. In view of the looming pretrial schedule, the court consents to hear the matter on an expedited basis. To that end, a hearing date of April 25, 2012 at 9:00 a.m. is available, should defendant proceed by way of duly noticed motion. Any response to defendant's motion for substitution shall be filed no later than April 16, 2012. Any reply brief shall be filed no later than April 19, 2012.

**IT IS SO ORDERED**.

Dated: April 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge