# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET HALEY,** | **Case No.: C10-3856 PJH (KAW)** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **COHEN & STEERS CAPITAL MANAGEMENT, INC.,** | |
| **Defendant.** | |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

**DATE: May 15, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**