# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET HALEY,** | Case No.: C10-3865 PJH |
| **Plaintiff,** | **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| **vs.** | |
| **COHEN & STEERS CAPITAL MANAGEMENT, INC.** | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for June 21, 2012, at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612.  For courtroom number and floor information, please check the Court's online calendar at http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525, one week prior to the scheduled settlement conference.

The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders.  Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

IT IS SO ORDERED.

DATE: May 21, 2012                                     _____
                                                                            KANDIS A. WESTMORE
                                                                            United States Magistrate Judge