UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

          Plaintiff(s),                    No. C 10-3856 PJH

          v.                          **ORDER OF DISMISSAL**

COHEN & STEERS CAPITAL
MANAGEMENT, INC. and DAVID EDLIN,

          Defendant(s).

_____/

      The court having been advised by minute order of Magistrate Judge Westmore following a settlement conference, that the plaintiff Janet Haley and defendant Cohen & Steers Capital Management, Inc., have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that the claims asserted against Cohen & Steers Capital Management are dismissed **without** prejudice; however, if any party hereto shall certify to this court, with proof of service of a copy thereof to the opposing party, within thirty days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the court's calendar.

      If no certification is filed, after passage of thirty days, the dismissal shall be **with** prejudice.  The parties may substitute their own stipulation for dismissal with prejudice before expiration of the thirty day period.

      The July 28, 2012, pretrial conference is VACATED.

      IT IS SO ORDERED.

Dated:  June 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge