UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET HALEY,

      Plaintiff(s),        No. C 10-3856 PJH

  v.        **ORDER EXTENDING CONDITIONAL DISMISSAL PERIOD**

COHEN & STEERS CAPITAL MANAGEMENT, INC. and DAVID EDLIN,

      Defendant(s).
_____/

    The court having conditionally dismissed **without** prejudice plaintiff's claims against Cohen & Steers and provided a period of thirty days during which any party could certify to the court that the consideration had not been delivered, based upon plaintiff's certification that the consideration has not been delivered and her request that the court extend the period of delivery for an additional thirty days rather than restore the case to the court's calendar, IT IS HEREBY ORDERED, that the time period set forth in the June 28, 2012 Order of Dismissal is extended to August 27, 2012.

    IT IS SO ORDERED.

Dated: July 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge